IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.                                                              00-CR-6139CJS

**ORDER**

RICKY BLUE,

          Defendant.

In accordance with the procedures set forth in <u>United States v. Crosby</u>, 397 F.3d 103 (2d Cir. 2005), the Court, having obtained the views of counsel for the parties upon defendant's petition for re-sentencing pursuant the Supreme Court's decision in <u>United States v. Booker</u>, 125 S. Ct. 738 (2005), and the United States having opposed the defendant's application; the Court, after a review of the facts and circumstances of this case, and having fully considered the various sentencing factors set forth in 18 U.S.C. § 3553(a), hereby determines that, for the reasons set forth in the attached bench decision transcript, it would not now impose a sentence that is "nontrivially different" from that previously imposed. Because any post-<u>Booker</u> sentencing would not be different than the sentence originally imposed, this Court determines that no re-sentencing is required and denies the defendant's application.

    **IT IS SO ORDERED.**

    DATED:   Rochester, New York, September 15, 2005

                                            /s/ Charles J. Siragusa
                                            HON. CHARLES J. SIRAGUSA
                                            **United States District Court Judge**

cc:   Van Henri White, Esq.